**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE: Thomas E. Schultz | CHAPTER 13 |
| Kimberly I. Schultz | |
| <u>Debtor(s)</u> | BKY. NO. 18-10655 ELF |

**ENTRY OF APPEARANCE AND REQUEST FOR NOTICES**

To the Clerk:

    Kindly enter my appearance on behalf of BANK OF AMERICA, N.A. and index same on the master mailing list.

    Respectfully submitted,

/s/ *Rebecca Solarz*
Rebecca Solarz
17 Dec 2020, 16:25:47, EST

KML Law Group, P.C.
701 Market Street, Suite 5000
Philadelphia, PA 19106-1532
(215) 627-1322