**UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

IN RE: THOMAS E SCHULTZ
    KIMBERLY I SCHULTZ

                                : CHAPTER 13
   Debtor(s)                      :
                                : BANKRUPTCY NO. 18-10655-amc
                                :

**PRAECIPE TO WITHDRAW DOCUMENT**

Kindly withdraw the Chapter 13 Trustee's FINAL CURE #41

                                Respectfully submitted,

Date: 4/13/2023

                                /s/ Kenneth E. West
                                Kenneth E. West, Esquire
                                Chapter 13 Standing Trustee