United States Bankruptcy Court

Eastern District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 18-10655-amc |
| Thomas E Schultz | Chapter 13 |
| Kimberly I Schultz | |
|     Debtors | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0313-2 | User: admin | Page 1 of 3 |
| Date Rcvd: Apr 13, 2023 | Form ID: 138OBJ | Total Noticed: 39 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Apr 15, 2023:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Thomas E Schultz, Kimberly I Schultz, 77 Victoria Dr, Aston, PA 19014-1549 |
| 14570371 | + | BANK OF AMERICA, N.A., C/O Rebecca Solarz, KML Law Group, 701 Market Street Suite 5000, Philadelphia, PA. 19106-1541 |
| 14073348 | | Bank of America NA, c/o Jodi L. Hause, Esq., Phelan Hallinan Diamond & Jones, LLP, 1617 JFK Boulevard, Suite 1400, One Penn Center Plaza Philadelphia, PA 19103 |
| 14076890 | + | Citizens Bank of Pennsylvania, 10561 Telegraph Road, Glen Allen, VA 23059-4577 |
| 14048945 | + | McKesson Patient Care, PO Box 1135, Moon Township, PA 15108-6135 |

TOTAL: 5

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: megan.harper@phila.gov | Apr 14 2023 00:11:00 | City of Philadelphia, City of Philadelphia Law Dept., Tax Unit/Bankruptcy Dept, 1515 Arch Street 15th Floor, Philadelphia, PA 19102-1595 |
| smg | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Apr 14 2023 00:11:00 | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |
| 14086483 | | Email/Text: creditcardbkcorrespondence@bofa.com | Apr 14 2023 00:11:00 | BANK OF AMERICA, N.A., Bank of America, PO BOX 31785, Tampa FL 33631-3785 |
| 14048932 | + | Email/Text: creditcardbkcorrespondence@bofa.com | Apr 14 2023 00:11:00 | Bank Of America, Nc4-105-03-14, Po Box 26012, Greensboro, NC 27420-6012 |
| 14048931 | | Email/Text: creditcardbkcorrespondence@bofa.com | Apr 14 2023 00:11:00 | Bank of America, PO Box 31785, Tampa, FL 33631-3785 |
| 14089110 | + | Email/Text: mortgagebkcorrespondence@bofa.com | Apr 14 2023 00:11:00 | Bank of America, N.A., P O Box 982284, El Paso, TX 79998-2284 |
| 14048933 | + | Email/Text: BarclaysBankDelaware@tsico.com | Apr 14 2023 00:11:00 | Barclays Bank Delaware, 100 S West St, Wilmington, DE 19801-5015 |
| 14048938 | | Email/Text: Bankruptcy.RI@Citizensbank.com | Apr 14 2023 00:11:00 | Citizens Bank, 1 Citizens Dr, Riverside, RI 02915 |
| 14048948 | | Email/Text: Bankruptcy.RI@Citizensbank.com | Apr 14 2023 00:11:00 | RBS Citizens Cc, 1 Citizens Dr, Ms: Rop 15b, Riverside, RI 02915 |
| 14048934 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Apr 14 2023 00:12:08 | Capital One, Attn: General Correspondence/Bankruptcy, Po Box 30285, Salt Lake City, UT 84130-0285 |
| 14077947 | | Email/PDF: bncnotices@becket-lee.com | Apr 14 2023 00:12:08 | Capital One, N.A., c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 14048936 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Apr 14 2023 00:12:13 | Citibank/The Home Depot, Citicorp Cr Srvs/Centralized Bankruptcy, Po Box 790040, St Louis, MO 63179-0040 |
| 14048937 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Apr 14 2023 00:12:13 | Citicards Cbna, Citicorp Credit Svc/Centralized Bankrupt, Po Box 790040, Saint Louis, MO |

Case 18-10655-amc   Doc 46   Filed 04/15/23   Entered 04/16/23 00:26:51   Desc Imaged
Certificate of Notice   Page 2 of 4

| District/off: 0313-2 | User: admin | Page 2 of 3 |
|---|---|---|
| Date Rcvd: Apr 13, 2023 | Form ID: 138OBJ | Total Noticed: 39 |

| | | | | |
|---|---|---|---|---|
| | | | | 63179-0040 |
| 14048939 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Apr 14 2023 00:12:04 | Costco Go Anywhere Citicard, Centralized Bk/Citicorp Credit Card Srvs, Po Box 790040, St Louis, MO 63179-0040 |
| 14059267 | | Email/Text: mrdiscen@discover.com | Apr 14 2023 00:11:00 | Discover Bank, Discover Products Inc, PO Box 3025, New Albany, OH 43054-3025 |
| 14048940 | + | Email/Text: mrdiscen@discover.com | Apr 14 2023 00:11:00 | Discover Financial, Po Box 3025, New Albany, OH 43054-3025 |
| 14063958 | + | Email/Text: FifthThirdBKNotices@nationalbankruptcy.com | Apr 14 2023 00:11:00 | Fifth Third Bank, PO Box 9013, Addison, Texas 75001-9013 |
| 14048941 | + | Email/Text: collectionbankruptcies.bancorp@53.com | Apr 14 2023 00:11:00 | Fifth Third Bank, Attn: Bankruptcy Department, 1830 E Paris Ave Se, Grand Rapids, MI 49546-8803 |
| 14048942 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Apr 14 2023 00:12:13 | Home Depot, PO Box 790328, St. Louis, MO 63179-0328 |
| 14048935 | | Email/PDF: ais.chase.ebn@aisinfo.com | Apr 14 2023 00:12:08 | Chase Card Services, Attn: Correspondence, Po Box 15278, Wilmington, DE 19850 |
| 14048943 | + | Email/Text: PBNCNotifications@peritusservices.com | Apr 14 2023 00:11:00 | Kohls/Capital One, Kohls Credit, Po Box 3043, Milwaukee, WI 53201-3043 |
| 14048944 | + | Email/Text: ebn@ltdfin.com | Apr 14 2023 00:11:00 | LTD, 7322 Southwest Freeway, Ste 1600, Houston, TX 77074-2134 |
| 14088158 | | Email/PDF: resurgentbknotifications@resurgent.com | Apr 14 2023 00:12:03 | LVNV Funding, LLC its successors and assigns as, assignee of Citibank, N.A., Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 14074753 | + | Email/Text: bankruptcydpt@mcmcg.com | Apr 14 2023 00:11:00 | MIDLAND FUNDING LLC, PO BOX 2011, WARREN MI 48090-2011 |
| 14048946 | + | Email/PDF: pa_dc_claims@navient.com | Apr 14 2023 00:12:06 | Navient, Attn: Claims Dept, Po Box 9500, Wilkes-Barr, PA 18773-9500 |
| 14048947 | | Email/Text: Bankruptcy.Notices@pnc.com | Apr 14 2023 00:11:00 | PNC Bank, PO Box 747066, Pittsburg, PA 15274-7066 |
| 14075025 | | Email/Text: Bankruptcy.Notices@pnc.com | Apr 14 2023 00:11:00 | PNC Bank, National Association, P.O. Box 94982, Cleveland, OH 44101 |
| 14076001 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Apr 14 2023 00:12:07 | Portfolio Recovery Associates, LLC, POB 41067, Norfolk VA 23541 |
| 14049756 | + | Email/PDF: rmscedi@recoverycorp.com | Apr 14 2023 00:12:07 | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 14083084 | | Email/Text: bnc-quantum@quantum3group.com | Apr 14 2023 00:11:00 | Quantum3 Group LLC as agent for, MOMA Funding LLC, PO Box 788, Kirkland, WA 98083-0788 |
| 14048949 | + | Email/PDF: gecsedi@recoverycorp.com | Apr 14 2023 00:12:11 | Synchrony Bank/Amazon, Attn: Bankruptcy, Po Box 965060, Orlando, FL 32896-5060 |
| 14048950 | + | Email/PDF: gecsedi@recoverycorp.com | Apr 14 2023 00:12:02 | Synchrony Bank/Care Credit, Attn: Bankruptcy, Po Box 965060, Orlando, FL 32896-5060 |
| 14084622 | | Email/PDF: ais.wellsfargo.ebn@aisinfo.com | Apr 14 2023 00:12:04 | Wells Fargo Bank N.A., d/b/a Wells Fargo Dealer Se, PO Box 19657, Irvine, CA 92623-9657 |
| 14048951 | | Email/PDF: ais.wellsfargo.ebn@aisinfo.com | Apr 14 2023 00:12:04 | Wells Fargo Dealer Services, PO Box 17900, Denver, CO 80217-0900 |

TOTAL: 34

# BYPASSED RECIPIENTS

Case 18-10655-amc    Doc 46    Filed 04/15/23    Entered 04/16/23 00:26:51    Desc Imaged
Certificate of Notice    Page 3 of 4

| District/off: 0313-2 | User: admin | Page 3 of 3 |
|---|---|---|
| Date Rcvd: Apr 13, 2023 | Form ID: 138OBJ | Total Noticed: 39 |

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

# NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Apr 15, 2023    Signature:    /s/Gustava Winters

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on April 13, 2023 at the address(es) listed below:

| Name | Email Address |
|---|---|
| BRIAN CRAIG NICHOLAS | on behalf of Creditor BANK OF AMERICA  N.A. bnicholas@kmllawgroup.com, bkgroup@kmllawgroup.com |
| JEANNE MARIE CELLA | on behalf of Joint Debtor Kimberly I Schultz paralegal@lawjmc.com  pennduke@gmail.com;r46298@notify.bestcase.com |
| JEANNE MARIE CELLA | on behalf of Debtor Thomas E Schultz paralegal@lawjmc.com  pennduke@gmail.com;r46298@notify.bestcase.com |
| JODI L. HAUSE | on behalf of Creditor BANK OF AMERICA  N.A. jodi.hause@phelanhallinan.com, paeb@fedphe.com |
| KENNETH E. WEST | ecfemails@ph13trustee.com  philaecf@gmail.com |
| KENNETH E. WEST | on behalf of Trustee KENNETH E. WEST ecfemails@ph13trustee.com  philaecf@gmail.com |
| MARY F. KENNEDY | on behalf of Creditor Citizens Bank of Pennsylvania mary@javardianlaw.com chris.cummins@javardianlaw.com;angie.harrigan@javardianlaw.com |
| United States Trustee | USTPRegion03.PH.ECF@usdoj.gov |

TOTAL: 8

**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

_____

In Re: Thomas E Schultz and Kimberly I Schultz

        Debtor(s)

Case No: 18−10655−amc

Chapter: 13

_____

### *NOTICE OF DEADLINE TO OBJECT TO DISCHARGE*

To all creditors and parties in interest, NOTICE IS GIVEN THAT:

The Standing Chapter 13 Trustee has indicated that all plan payments have been made.

Any objection to the entry of the Debtor(s)' Order of Discharge or request to delay the entry of discharge pursuant to 11 U.S.C. § 1328(h), must be filed in writing within 14 days from the date of this Notice with the Clerk of the U.S. Bankruptcy Court.

All objections must be filed with the Clerk at the following address:

> 900 Market Street
> Suite 400
> Philadelphia, PA 19107

In the absence of any objection, the Court may enter the Order of Discharge.


For The Court

Timothy B. McGrath
Clerk of Court

Dated: 4/13/23

 

 

45 − 43
Form 138OBJ