United States Bankruptcy Court

Eastern District of Pennsylvania

In re:    Case No. 18-10655-amc
Thomas E Schultz    Chapter 13
Kimberly I Schultz
    Debtors

# CERTIFICATE OF NOTICE

| District/off: 0313-2 | User: admin | Page 1 of 2 |
|---|---|---|
| Date Rcvd: Apr 14, 2023 | Form ID: 234 | Total Noticed: 1 |

The following symbols are used throughout this certificate:
**Symbol**    **Definition**

+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Apr 16, 2023:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Thomas E Schultz, Kimberly I Schultz, 77 Victoria Dr, Aston, PA 19014-1549 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 16, 2023        Signature:    /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on April 13, 2023 at the address(es) listed below:

**Name**    **Email Address**

BRIAN CRAIG NICHOLAS
    on behalf of Creditor BANK OF AMERICA   N.A. bnicholas@kmllawgroup.com, bkgroup@kmllawgroup.com

JEANNE MARIE CELLA
    on behalf of Joint Debtor Kimberly I Schultz paralegal@lawjmc.com   pennduke@gmail.com;r46298@notify.bestcase.com

JEANNE MARIE CELLA
    on behalf of Debtor Thomas E Schultz paralegal@lawjmc.com   pennduke@gmail.com;r46298@notify.bestcase.com

JODI L. HAUSE
    on behalf of Creditor BANK OF AMERICA   N.A. jodi.hause@phelanhallinan.com, paeb@fedphe.com

KENNETH E. WEST
    ecfemails@ph13trustee.com   philaecf@gmail.com

KENNETH E. WEST
    on behalf of Trustee KENNETH E. WEST ecfemails@ph13trustee.com   philaecf@gmail.com

District/off: 0313-2 | User: admin | Page 2 of 2
Date Rcvd: Apr 14, 2023 | Form ID: 234 | Total Noticed: 1

MARY F. KENNEDY
    on behalf of Creditor Citizens Bank of Pennsylvania mary@javardianlaw.com
    chris.cummins@javardianlaw.com;angie.harrigan@javardianlaw.com

United States Trustee
    USTPRegion03.PH.ECF@usdoj.gov

TOTAL: 8

**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

_____

In Re: Thomas E Schultz and Kimberly I Schultz

      Debtor(s)                                Case No:18−10655−amc

                                                    Chapter: 13

_____

### *NOTICE OF TERMINATION OF WAGE ORDER*

NOTICE IS GIVEN THAT:

1. The Standing Chapter 13 Trustee has filed a notice indicating that all plan payments have been made.

2. **Pursuant to the Amended Standing Order of this Court, Misc. No. 22−03003, any wage order entered in this case has been TERMINATED and the employer shall cease wage withholding EFFECTIVE IMMEDIATELY upon receipt of notice of the termination of the wage order.**

3. Pursuant to the Standing Order, **the Debtor(s) counsel must serve this Notice on the employer FORTHWITH.**

                                              For The Court

                                              Timothy McGrath,
                                              Clerk of Court

Date: 4/14/23